# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 1, 2010

No. 10-50027
Summary Calendar

Lyle W. Cayce
Clerk

SPIRA FOOTWEAR, INC.

Plaintiff-Appellant

v.

STEVEN LEBOW; BRYON LEBOW; UNGARETTI & HARRIS, LIMITED

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:08-CV-55

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

Our careful review of the record on appeal in this civil matter reflects increasingly severe sanctions for repeated and continuing contumacious conduct by Plaintiff-Appellant Spira Footwear, Inc., culminating in the district court's dismissal of Spira's case after repeated and increasingly severe lesser sanctions had failed to accomplish their intended purposes. Our review also satisfies us that all rulings and orders appealed from, including dismissal, represent fully

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-50027

justifiable exercises of the judicial process by the district court for the reasons patiently explained by that court in its several orders.

Accordingly, for essentially the reasons given by the district court, its rulings, orders, and judgment are, in all respects

AFFIRMED.